UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No.

| | |
|---|---|
| TEXAS NEIL CHENEY, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CFT AUTO INVESTORS, LLC, JL ) <br> HENDRICK MANAGEMENT ) <br> CORPORATION, HENDRICK TOYOTA OF ) <br> WILMINGTON, HENDRICK ) <br> CORPORATION, LLC and HENDRICK ) <br> AUTOMOTIVE GROUP ) <br> ) <br> Defendants. | **NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that Defendants, CFT Auto Investors, LLC, JL Hendrick Management Corporation, Hendrick Toyota of Wilmington, Hendrick Corporation, LLC and Hendrick Automotive Group, by and through their undersigned counsel, pursuant to 28 U.S.C. §1331, 1367, 1441 and 1446, and Rule 11 of the Federal Rules of Civil Procedure respectfully remove the above-entitled action from the Superior Court of Brunswick County, North Carolina, based upon the Federal question involved. In support of such removal, Defendants state the following:

1. On or about October 31, 2018, Plaintiff commenced a civil action by filing his Complaint in the Superior Court of Brunswick County, North Carolina (File No. 18 CVS 2034).

2. Plaintiff alleges Defendants CFT Auto Investors, LLC, JL Hendrick Management Corporation, Hendrick Toyota of Wilmington, and Hendrick Corporation, LLC were served with the Complaint on November 8, 2018, and that Hendrick Automotive

Group has not yet been served, as such, the time for removing this case to Federal Court has not expired.

3. Plaintiff alleges that Defendants violated his rights under the federal Fair Credit Reporting Act (15 U.S.C. § 1681). As such, this case is removable under 28 U.S.C. § 1331.

4. Plaintiff's state law claims form part of the same case or controversy as his federal claims, and this Court has supplemental jurisdiction over such state law claims pursuant to 28 U.S.C. § 1367.

5. A complete copy of the state court file is attached to this Notice pursuant to 28 U.S.C. § 1446(a).

This the 6th day of December, 2018.

                                      CRANFILL SUMNER & HARTZOG LLP

                                      By: /s/ Deedee Rouse Gasch
                                              DEEDEE ROUSE GASCH
                                              N.C. State Bar No. 39690
                                              *Attorneys for Defendants*
                                              319 N. 3rd Street, Suite 300
                                              Wilmington, NC 28401
                                              Telephone: (910) 777-6000
                                              Facsimile: (910) 777-6111
                                              E-mail: dgasch@cshlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 6th day of December, 2018, I electronically filed the foregoing *Notice of Removal* with the Clerk of Court using the CM/ECF system, and that I have faxed and emailed these documents to the following:

Harry Lorello
PO Box 1678
Goldsboro, NC 27533
Fax: 919-751-2598
Email: hlorello@goldsboronclawyers.com
*Attorney for Plaintiff*

                                      CRANFILL SUMNER & HARTZOG LLP

By:    /s/ Deedee Rouse Gasch
        DEEDEE ROUSE GASCH
        N.C. State Bar No. 39690
        *Attorneys for Defendants*
        319 N. 3rd Street, Suite 300
        Wilmington, NC 28401
        Telephone: (910) 777-6000
        Facsimile: (910) 777-6111
        E-mail: dgasch@cshlaw.com