UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| TEXAS NEIL CHENEY, ) | |
| ) | **JUDGMENT** |
| Plaintiff, ) | |
| ) | 7:18-CV-211-BO |
| v. ) | |
| ) | |
| CFT AUTO INVESTORS, LLC, JL HENDRICK ) | |
| MANAGEMENT CORPORATION, HENDRICK ) | |
| TOYOTA OF WILMINGTON, HENDRICK ) | |
| CORPORATION, LLC, ) | |
| and HENDRICK AUTOMOTIVE GROUP, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**Decision by Court.**
This cause comes before the Court on defendants' motion to dismiss. [DE 10]. The motion has been fully briefed and is ripe for disposition.

**IT IS ORDERED, ADJUDGED AND DECREED** defendants' motion to dismiss [DE 10] is GRANTED and plaintiff' Texas Neil Cheney's complaint is DISMISSED.

**This judgment filed and entered on March 19, 2019, and served on:**
Harry Lorello (via CM/ECF Notice of Electronic Filing)
Deedee Rouse Gasch (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

March 19, 2019

 /s/Lindsay Stouch
By: Deputy Clerk